```
 1  LANCE N. JURICH (SBN 132695)
    ljurich@loeb.com
 2  DERRICK TALERICO (SBN 223763)
    dtalerico@loeb.com
 3  LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
 4  Los Angeles, California 90067-4120
    Telephone:  310-282-2000
 5  Facsimile:  310-282-2200

 6  MICHAEL L. MOLINARO (pro hac vice pending)
    BLAIR R. ZANZIG (pro hace vice pending)
 7  LOEB & LOEB LLP
    321 n. Clark Street, Suite 2300
 8  Chicago, Illinois  60657
    Telephone:  312-646-3100
 9  Facsimile:   312-464-3111

10  Attorneys for Plaintiff
    LaSalle Bank National Association
```

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _ECL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; and COMAIR PARENT CORP.,<br><br>        Defendants. | Case No. '08 CV 1387 DMS POR<br>"By fax"<br><br>**PLAINTIFF LASALLE'S CORPORATE DISCLOSURE STATEMENT** |

LaSalle Bank National Association ("LaSalle") files this disclosure statement in accordance with Federal Rule of Civil Procedure 7.1 and certifies the following:

  1.  LaSalle is a federally chartered national banking association.

LA1795056.1
210322-10006

PLAINTIFF LASALLE'S CORPORATE
DISCLOSURE STATEMENT

2. LaSalle is a wholly owned indirect subsidiary of Bank of America Corporation, a Delaware corporation publicly traded on the New York Stock Exchange under the symbol BAC.

3. No other publicly traded corporation owns any shares of Bank.

Dated: July 31, 2008

Respectfully submitted,

LASALLE BANK NATIONAL ASSOCIATION

By: _____
(one of its attorneys)

Lance N. Jurich (SBN 132695)
Derrick Talerico (SBN 22373)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Michael L. Molinaro (pro hac vice pending)
Blair R. Zanzig (pro hac vice pending)
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Illinois 60657
Telephone: 312-464-3100
Facsimile: 312-464-3111

*Attorneys for Plaintiff*
*LaSalle Bank National Association*