Summons in a Civil Action (Rev 11/97)

# United States District Court     FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 JUL 31 AM 11: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LASALLE BANK NATIONAL ASSOCIATION,
Plaintiff

vs

COMAIR ROTRON, INC.; THERMAFLO, INC.;
and COMAIR PARENT CORP.
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. **08 CV 1387 DMS POR**

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY
    Lance N. Jurich, Esq.
    LOEB & LOEB LLP
    10100 Santa Monica Blvd., Suite 2200
    Los Angeles, CA 90067-4120
    Telephone: (310) 282-2000

    An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
        by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUL 3 1 2008 |
|---|---|
| CLERK | DATE |

By      , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com