1  LANCE N. JURICH (SBN 132695)
   ljurich@loeb.com
2  DERRICK TALERICO (SBN 223763)
   dtalerico@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
5  Facsimile:   310-282-2200

6  MICHAEL L. MOLINARO (*pro hac vice pending*)
   BLAIR R. ZANZIG (*pro hace vice pending*)
7  LOEB & LOEB LLP
   321 n. Clark Street, Suite 2300
8  Chicago, Illinois  60657
   Telephone:  312-646-3100
9  Facsimile:   312-464-3111

10 Attorneys for Plaintiff
   LaSalle Bank National Association

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; and COMAIR PARENT CORP.,<br><br>Defendants. | Case No.  08-cv-1387 DMS (POR)<br><br>Assigned to Hon. Dana M. Sabraw<br><br>**STIPULATED ORDER APPOINTING A RECEIVER** |

BEFORE THE COURT is Plaintiff LaSalle Bank National Association's ("LaSalle") Motion for the Appointment Receiver (the "Motion") against the Defendants Comair Rotron, Inc. ("Comair Rotron"), Thermaflo, Inc. ("Thermaflo"), and Comair Parent Corp. ("Comair Parent"); due and proper notice of the Motion having been provided to all parties entitled thereto; the Parties having each agreed to

the entry of this Stipulated Order, and this Court otherwise being fully advised in the premises.

IT IS HEREBY ORDERED:

1. Joel B. Weinberg of Insolvency Services Group, Inc., 17401 Ventura Boulevard, Suited B-21, Encino California, 91316 is appointed as Receiver over all collateral pledged to LaSalle by Comair Rotron, Thermaflo and Comair Parent pursuant to the Loan Documents as alleged in the Complaint (collectively, the "Collateral").

2. The Receiver and the receivership which this Court is creating is subject to, and shall be, administered according to Federal Rule of Civil Procedure 66, the Local Civil Rule of the United States District Court for the Southern District of California 66.1 ("Local Rule 66.1"), and 28 U.S.C. § 959.

3. The Receiver's appointment herein shall be effective immediately upon the execution and entry of this order and the acceptance of the receiver filed with the Court. The Receiver shall provide his written acceptance and oath to perform faithfully the duties reposed in him by the Court under this Order and shall identify a primary contact for the Court and the parties' convenience.

4. The Receiver shall provide no bond at this time, but the Court reserves the right to require security.

5. The Receiver's responsibilities shall run to the Court. The Receiver shall take immediate, complete and exclusive control, custody and possession of all of the Collateral. The Receiver shall faithfully and punctually manage the Collateral and any ancillary business affairs involving the Collateral using standard, customary and prudent business practices. The Receiver shall be empowered to make day-to-day decisions in the management and operation of the Collateral, to promote the Collateral, and shall have the authority to take such other actions as are necessary, reasonable and prudent to preserve, operate, and manage the Collateral. The Receiver shall be authorized to market the Collateral for sale, and to sell same as the

Receiver deems appropriate, subject to and conditioned upon the approval of the Court after application to the Court and notice to all parties.

6. The officers, directors, employees, representatives and agents of Defendants, and their respective agents, assignees, successors, representatives, and all personnel acting under or in concert with them, shall turn over to the Receiver all of the Collateral, wherever located, and in whatever mode maintained, including all information contained on computers and any and all software related thereto, and all codes and passwords related thereto, as well as all banking records, statements and canceled checks from any and all accounts in which Petitioner had an interest or was a signatory.

7. Pursuant to Local Rule 66.1, no further hearing is necessary to confirm the Receiver's appointment because this Order is stipulated by Defendants. The Defendants shall provide the Receiver within five days of this order, a list of the Defendants' creditors and their addresses.

8. The Receiver shall have the power to employ an attorney, an accountant, and such employees, consultants, and staff as may be reasonably necessary to conduct the duties and business required by the Receiver under this Order. The wages, costs, expenses and fees incurred by the Receiver shall be paid as an expense from the assets managed and collected by the Receiver upon the approval of the Court after application to the Court and notice to all parties.

9. Within thirty days of this Order, the Receiver shall file with the court the report required by Local Rule 66.1.

10. For good cause shown, the Receiver may be removed at any time by Order of the Court.

IT IS SO ORDERED.

Dated: 7-31-08

FOR HONORABLE DANA M. SABRAW
JUDGE OF THE U.S. DISTRICT COURT

1  AGREED AS TO FORM:

2  LASALLE BANK NATIONAL            COMAIR ROTRON, INC.,
   ASSOCIATION                      THERMAFLO, INC. AND COMAIR
3                                   PARENT, CORP.

4

5  /s/ Derrick Talerico             /s/ James P. Hill
   (one of its attorneys)           (one of its attorneys)

6  Lance N. Jurich (SBN 132695)     James P. Hill (SBN 90478)
7  Derrick Talerico (SBN 223763)    SULLIVAN HILL LEWIN REZ &
   LOEB & LOEB LLP                  ENGEL
8  10100 Santa Monica Blvd., Suite 2200  550 West C Street, Suite 1500
   Los Angeles, California 90067-4120    San Diego, CA 92101
9  Telephone: 310-282-2000          Telephone: 619-233-4100
   Facsimile: 310-282-2200          Facsimilie: 619-231-4372

10
   Michael L. Molinaro (*pro hac vice*   *Attorney for Defendants Comair Rotron,*
11 *pending*)                           *Inc., Thermaflo, Inc., and Comair*
   Blair R. Zanzig (*pro hac vice pending*)  *Parent, Corp.*
12 LOEB & LOEB LLP
   321 N. Clark Street, Suite 2300
13 Chicago, Illinois 60657
   Telephone: 312-464-3100
14 Facsimile: 312-464-3111

15 *Attorneys for Plaintiff*
   *LaSalle Bank National Association*