STEVEN M. SPECTOR P.C. (SBN 51623)
THOMAS M. GEHER (SBN 130588)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Proposed Attorneys for Joel B. Weinberg, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; AND COMAIR PARENT CORP.,<br><br>Defendants. | CASE NO.  08-cv-1387 DMS (POR)<br><br>Assigned to Hon. Dana M. Sabraw<br><br>**RECEIVER'S REQUEST FOR APPROVAL OF OPENING OF RECEIVERSHIP BANK ACCOUNT**<br><br>[No Hearing Required] |

TO THE HONORABLE DANA M. SABRAW, UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 66.1(d) of the Local Civil Rules of this Court, Joel B. Weinberg, Receiver herein, requests the Court approve opening his receivership bank account as follows:

Bank of America, N.A.
100 West 31st Street
New York, NY 10001

1  The Receiver further requests the Court approve the following to be printed on
2  checks ordered by the Receiver:

      Joel B. Weinberg, Receiver
      LaSalle Bank vs. Comair Rotron, Inc.
      Case No. 08-cv-1387-DMS

Dated: August 4, 2008                  JEFFER MANGELS BUTLER & MARMARO LLP

By: _____
STEVEN M. SPECTOR
Proposed Attorneys for Joel B. Weinberg, Receiver

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On August 4, 2008 I served the document(s) described as **RECEIVER'S REQUEST FOR APPROVAL OF OPENING OF RECEIVERSHIP BANK ACCOUNT** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At ____, I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on August 4, 2008 at Los Angeles, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Claudean Brandon
CLAUDEAN BRANDON

## SERVICE LIST

Attorneys for Plaintiff LaSalle Bank National Association
Lance N. Jurich
Derrick Talerico
Loeb & Loeb LLP
10100 Santa Monica Blvd Suite 2200
Los Angeles CA 90067-4120
Telephone:  310-282-2000
Facsimile:   310-282-2200

Attorneys for Plaintiff LaSalle Bank National Association
Michael L. Molinaro (*pro hac vice pending*)
Blair R. Zanzig (*pro hac vice pending*)
321 N. Clark Street Suite 2300
Chicago IL 60657
Telephone:  312-464-3100
Facsimile:   312-464-3111

Attorneys for Defendants Comair Rotron, Inc., Thermaflo, Inc., and Comair Parent Corp
James P. Hill
Sullivan Hill Lewin Rez & Engel
550 West C Street Suite 1500
San Diego CA 92101
Telephone:  619-233-4100
Facsimile:   619-231-4372