STEVEN M. SPECTOR P.C. (SBN 51623)
THOMAS M. GEHER (SBN 130588)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Proposed Attorneys for Joel B. Weinberg, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; AND COMAIR PARENT CORP.,<br><br>Defendants. | CASE NO.   08-cv-1387 DMS (POR)<br><br>Assigned to Hon. Dana M. Sabraw<br><br>**ORDER RE RECEIVER'S REQUEST FOR APPROVAL OF OPENING RECEIVERSHIP BANK ACCOUNT**<br><br>[No Hearing Required] |

Upon the *Receiver's Request for Approval of Opening of Receivership Bank Account* pursuant to Local Civil Rule 66.1(d), the Receiver may open a bank account as indicated in the Request.

Date: ___August 11, 2008_____

_____
Hon. Dana M. Sabraw
District Court Judge