# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>     v.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; AND COMAIR PARENT CORP.,<br><br>            Defendants. | CASE NO.   08-cv-1387 DMS (POR)<br><br>**ORDER AUTHORIZING EMPLOYMENT OF JEFFER, MANGELS, BUTLER & MARMARO LLP AS RECEIVER'S GENERAL COUNSEL**<br><br>[NO HEARING REQUIRED] |

Upon the *Ex Parte Motion for Order Authorizing Employment of Jeffer, Mangels, Butler & Marmaro LLP as Receiver's General Counsel* ("Motion") presented by Joel B. Weinberg, the Receiver herein ("Receiver"), and it appearing that there is no objection from the plaintiff or the defendants herein and good cause appearing therefor, the Motion is granted. The Receiver is authorized to employ Jeffer, Mangels, Butler & Marmaro LLP as Receiver's general counsel upon the terms and conditions set forth in the Motion.

**IT IS SO ORDERED.**

Dated: September 4, 2008

**DANA M. SABRAW**
United States District Judge