# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>COMAIR ROTRON, INC.; THERMAFLO, INC.; AND COMAIR PARENT CORP.,<br><br>             Defendants. | CASE NO.   08-cv-1387 DMS (POR)<br><br>**ORDER EXTENDING TIME LIMIT TO FILE RECEIVER'S REPORT**<br><br><br><br>[NO HEARING REQUIRED] |

Upon the Receiver's Application For Order Extending Time Limit To File Receiver's Report (the "Application"), filed by Joel B. Weinberg, the Receiver herein ("Receiver"), and good cause appearing therefor, the Receiver's Application is granted. The Receiver shall have up to and including September 19, 2008 to file and serve the Receiver's Report herein as provided by Local Rule 66.1.

**IT IS SO ORDERED.**

Dated: September 4, 2008

_____
**DANA M. SABRAW**
United States District Judge